# United States District Court
## Violation Notice

**CVB Location Code:** CC21

**Violation Number:** 2908418
**Officer Name (Print):** S ACEVES
**Officer No:** AG368

2908418

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 2027 11/07/2010
**Offense Charged:** ☒ USC — TITLE 18 USC 13
**Place of Offense:** CALIFORNIA BLVD/SANTA MARIA GATE — VAFB
**Offense Description Factual Basis for Charge:** CVC 23152 (A) DUI

I/011-0005
I/011-0005

### DEFENDANT INFORMATION
**Last Name:** MCLEOD
**First Name:** DANI
**MI:** M

**Tag No:** 6FRK706
**State:** CA
**Year:** 03
**Make/Model:** CRY/VAN
**Color:** BLU

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

OFFICIAL USE ONLY

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1415 STATE, US COURT, SANTA BARBARA CA 93101
**Date (mm/dd/yyyy):** TBD
**Time (hh:mm):** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signature] B056678

(Rev 01/2009) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07 NOV, 2010 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA.

**Citation Number** 2908418/**Defendant** Dani M Mcleod

On 07 November at approximately 1751 hours, a blue in colored Chrysler Town and Country (CA Reg #6FRK706) approached the gate. Officer Johnston/Chenega Guard stated the vehicle was occupied by 5 individual, 3 juveniles, a female driver and a male passenger. The female driver was identified as Dani M Mcleod via California Law Enforcement Terminal System (CLETS). Johnston stated Mcleod was crying and verbally stated she had spoken to 'Col Owen' in regards to incomprehensible reasons. Furthermore, Mcleod relayed numerous more irrational statements. I SrA Aceves made contact with the driver Mcleod who was still making irrational unclear remarks. Mcleod began to cry and became very hysterical. Due to the irrational behavior of the subjects, I had reasonable suspicion they were under the influence of some kind of drug or has some form of mental illness. For further investigation and due to the weather conditions (rain/downpour) I transported Mcleod to the Vandenberg Emergency Control Center (VECC). VECC called SSgt Johnson, Brandon Z to conduct Drug Abuse Recognition (DAR)/Field Sobriety Test (FST). Johnson advised Mcleod about the DAR/FST test. Mcleod stated "no you can't do any test on me", I don't want you anywhere near me or near my face, I won't fucking do them." At this point Mcleod became very un-cooperative/hysterical and started throwing herself across the room and falling to the floor. Aceves and A1C McSparrin, Jennifer detained Mcleod and placed her back into handcuff after a short struggle. Due to refusal of DAR/FST test Mcleod was transported to Lompoc Valley Medical Center for a Blood/Urine sample, where she tested positive for Amphetamines.

All information on the front of this notice is incorporated by reference herein

The foregoing statement is based upon
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 11/07/2010 [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U S Magistrate Judge

HAZMAT = Hazardous material involved in incident, PASS = 9 or more passenger vehicle

CVB Scan 12/13/2010 13:09:36