# United States District Court
## Violation Notice

CVB Location Code: CC 21

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 2908420 | J MCSPARRIN | M6720 |

2908420

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 11/07/2010  2027 | TITLE 18 USC 13 |

L101-0005

**Place of Offense:** CALIFORNIA BLVD / SANTA MARIA GATE VAFB

**Offense Description Factual Basis for Charge** HAZMAT ☐

H & S 11550(a) USE OR BE UNDER THE INFLUENCE OF ANY CONTROLLED SUBSTANCE

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| MCLEOD | DANI | M |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6FRK706 | CA | 03 | VAN | | BLU |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

OFFICIAL USE ONLY

$ _____ Forfeiture Amount
       + $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 1415 STATE US COURT SANTA BARBRA CA 93101

**Date (mm/dd/yyyy):** TBD
**Time (hh:mm):** TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev 01/2009)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07 Nov, 20 10 while exercising my duties as a law enforcement officer in the Central District of California

**Citation Number** 2908420 / **Defendant** Dani M Mcleod

~~On 07 November at approximately 1751 hours, a blue in colored Chrysler Town and Country (CA Reg. #6FRK706) approached the gate. Officer Johnston/Chenega Guard stated the vehicle was occupied by 5 individual, 3 juveniles, a female driver and a male passenger. The female driver was identified as Dani M Mcleod via California Law Enforcement Terminal System (CLETS). Johnston stated Mcleod was crying and verbally stated~~ she had spoken to "Col Owen" in regards to incomprehensible reasons. ~~Furthermore, Mcleod relayed numerous more irrational statements. 1 SrA Aceves made contact with the driver Mcleod who was still making irrational unclear remarks. Mcleod began to cry and became very~~ hysterical. Due to the irrational behavior of the subjects, I had reasonable suspicion they were under the influence of some kind of drug or has some ~~form of mental illness. For further investigation and due to the weather conditions (rain/downpour) I transported Mcleod to the Vandenberg~~ Emergency Control Center (VECC). VECC called SSgt Johnson, Brandon Z. to conduct Drug Abuse Recognition (DAR)/Field Sobriety Test (FST). ~~Johnson advised Mcleod about the DAR/FST test. Mcleod stated "no you can't do any test on me, I don't want you anywhere near me or near my~~ face, I won't fucking do them.' At this point Mcleod became very uncooperative/hysterical and started throwing herself across the room and ~~falling to the floor. Aceves and A1C McSparrin, Jennifer detained Mcleod~~ and placed her back into handcuff after a short struggle. Due to refusal of DAR/FST test Mcleod was transported to Lompoc Valley Medical Center for a Blood/Urine sample, where she tested positive for Amphetamines.

~~All information on the front of this notice is incorporated by reference herein~~

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 11/7/2010  [signature] McSparrin
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident   PASS = 9 or more passenger vehicle

CVB Scan 12/13/2010 13:09:36