# United States District Court Violation Notice

**CVB Location Code:** CC21

**Violation Number:** 1981430
**Officer Name (Print):** B. Johnson
**Officer No:** J2689

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/07/2010 (2030)
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code — Title 18 USC 13
**Place of Offense:** California Blvd / Santa Maria Gate / VAFB
**Offense Description:** CPC 273 a(b) Child Abuse or Endangerment

### DEFENDANT INFORMATION

**Last Name:** Mcleod
**First Name:** Dani
**MI:** M

**Tag No:** 6FRK706
**State:** CA
**Year:** 03
**Make/Model:** Caravan
**Color:** Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

OFFICIAL USE ONLY

$ _____ Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** U.S. Court, 1415 State St., Santa Barbara CA 93101
**Date (mm/dd/yyyy):** TBA
**Time (hh:mm):** TBA

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/07, 2010 while exercising my duties as a law enforcement officer in the Central District of California.

**Citation # 1981430 Date, 11/07/2010**
**Defendants name Dani Mcleod**

On 07 November 10, AT 1750 HOURS, A BLUE IN COLORED Chrysler Town and Country (CA REG #6FRK706) approached the main gate on Vandenberg AFB in exclusive jurisdiction. Officer Johnston stated the vehicle was occupied by 5 individuals, 3 juveniles, a female driver, and a male passenger. The female driver was identified as Dani M. Mcleod via California Law Enforcement Terminal System (CLETS). The male passenger was identified as Gerald W. Smith via CLETS. Upon further investigation, Dani Mcleod was cited for H&S 11550(a)/Use of or under the influence of any controlled substance (refer to citation 2908420 for PC), and CVC 23152(a)/Driving under the influence (refer to citation 2908418 for PC). Furthermore, Gerald Smith was cited for H&S 11550(a)(refer to citation 2908419 for PC). The 3 juveniles in the vehicle were 16 year old Joshua Owens, 10 year old Christopher Mcleod, and 5 year old Kaitlin Mcleod. TSgt Yargus, Sean transported the minors to the Security Forces Headquarters building 13675 to wait for disposition. Kaitlin was wearing a small thin sun dress with no shoes or any protection from neither cold weather nor rain. The weather at the time of the incident was raining and cold. Christopher was wearing boxer style underwear and a leather jacket. Christopher was also complaining of having a high fever and being sick for the past few days. Christopher further stated he had not been to the doctor for treatment. Joshua stated he takes care of his brother and sister most of the time due to his parents playing video games most of the day. All three children said they had not been to school for over a month due to their parents being worried about a $23,000,000 hit put out on them.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on** 11/07/2010
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on** _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

CVB Scan 6/13/2011 12 52 06