UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-1210-RCF (1981430/ 2908418 / 2908420) | Date | December 15, 2011 |
|---|---|---|---|

| Present: The Honorable | Rita Coyne Federman, United States Magistrate Judge |
|---|---|
| Interpreter | None |

| Stephanie M. Lee | CS 12/15/11 | Sharon McCaslin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Marie Smith (McLeod) | X | | | Asal Akhondzadeh, DFPD | X | X | |

**Proceedings:**   **INITIAL ARRAIGNMENT**

    Case called.  Counsel stated their appearances. Defendant filed a financial affidavit and was informed of the consequences if any false information is given.  The Court found that defendant was entitled to representation and appointed Asal Akhondzadeh of the Federal Public Defender's office.

    Defendant was arraigned on the following three charges: (1) case no. 1981430, California Penal Code section 273a(b), child abuse or endangerment, a Class B misdemeanor; (2) case no. 2908418, California Vehicle Code section 23152(a), driving under the influence of alcohol or drugs, a Class B misdemeanor; (3) case no. 2908420, California Health and Safety Code section 11550, being under the influence of a controlled substance, a Class A misdemeanor. Defendant was advised of the charges and penalties.

    Defendant executed a consent to proceed before a United States Magistrate Judge on the Class A misdemeanor. Defendant elected to exercise her right to a jury trial on the charge.

    In accordance with Rule 58(b)(1) of the Federal Rules of Criminal Procedure, the Court ordered the Government to file an indictment, information, or complaint containing all the allegations to be pursued at trial. The charging document shall be filed no later than January 31, 2012. THE CHARGING DOCUMENT SHALL CONTAIN THE PRESENT CASE NUMBER: CR 11-1210-RCF.

    Upon the filing of a new charging document, the Clerk of Court shall administratively close all pending CVB violations.  The matter will be set on the Post Indictment Arraignment Calendar in Los Angeles, at which time the case will be reassigned to a United States Magistrate Judge for jury trial.

IT IS SO ORDERED.

|   | 00 | : | 10 |
|---|---|---|---|

cc: AUSA
    DFPD

sml