2012 FEB 24  AM 11: 29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DANI McLEOD,<br><br>          Defendant. | CR 11-1210-<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 13 Assimilating California Health and Safety Code § 11550(a) and California Penal Code § 273a(b): Being Under the Influence of a Controlled Substance and Child Abuse or Endangerment]<br><br>(Class A Misdemeanor) |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 13 Assimilating California Health and Safety Code

§ 11550(a)]

On or about November 7, 2010, in Ventura County within the

Central District of California, and the special territorial

jurisdiction of the United States, defendant DANI McLEOD did

knowingly use and was under the influence of a controlled

SMC:ah

1 │ substance, namely amphetamine.

COUNT TWO

[18 U.S.C. § 13 Assimilating California Penal Code § 273a(b):

Child Abuse or Endangerment]

On or about November 7, 2010, in Ventura County within the Central District of California, and the special territorial jurisdiction of the United States, defendant DANI McLEOD did knowingly and willfully caused and permitted a child, K.M., to be placed in a situation where her person and health might be endangered.

3

COUNT THREE

[18 U.S.C. § 13 Assimilating California Penal Code § 273a(b):

Child Abuse or Endangerment]

On or about November 7, 2010, in Ventura County within the Central District of California, and the special territorial jurisdiction of the United States, defendant DANI McLEOD willfully caused and permitted a child, C.M., to be placed in a situation where her person and health might be endangered.

ANDRÉ BIROTTE JR.
United States Attorney

*Dommy C.Um*
*Dep. Chief, Crim. Div. FOR*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

SHARON K. McCASLIN
Assistant United States Attorney

3