# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**ORIGINAL**

Case Number: CR 11-1210-
U.S.A. v. Dani McLeod
☐ Indictment  ☑ Information

Defendant Number: 1 of 1
Year of Birth: 1968
Investigative agency (FBI, DEA, etc.): USAF Security Forces - VAFB

FILED 2012 FEB 24 AM 10:29 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

**NOTE:** All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

## OFFENSE/VENUE

a. Offense charged as a:
  ☑ Misdemeanor  ☐ Minor Offense  ☐ Felony
  ☐ Petty Offense  ☐ Class B Misdemeanor

b. Date of offense: 11/7/2010

c. County in which first offense occurred: Santa Barbara

d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☐ Los Angeles    ☐ Ventura
  ☐ Orange         ☑ Santa Barbara
  ☐ Riverside      ☐ San Luis Obispo
  ☐ San Bernardino ☐ Other _____

Citation of offense: 18 USC § 13 Assimilating CA. CPC 273 a(b) and H&S Code 11550(a)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes
IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: n/a
  Case Number _____
  Charging _____

The complaint:  ☐ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*  ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*  ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### Superseding Indictment/Information

IS THIS A NEW DEFENDANT?  ☐ Yes  ☑ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____
Case Number _____

The superseded case:
  ☐ is still pending before Judge/Magistrate Judge
  _____
  ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*  ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*  ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes  ☑ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes  ☑ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**
- ☐ Male
- ☑ Female
- ☑ U.S. Citizen
- ☐ Alien

Alias Name(s) __Dani Smith_____

This defendant is charged in:   ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☑ narcotics offenses
- ☐ immigration offenses
- ☐ violent crimes/firearms
- ☐ corporate fraud
- ☑ Other: __Child endangerment_____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____ in the amount of $ _____
c. PSA supervision?   ☐ Yes   ☑ No
d. Is a Fugitive   ☐ Yes   ☑ No
e. Is on bail or release from another district: _____
f. ☑ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.   ☐ Yes   ☑ No

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges:   ☐ Yes   ☐ No
   IF YES   ☐ State   ☐ Federal   AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20 ____ 21 ____ 40

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

---

Date __February 24, 2012__

*Signature of Assistant U.S. Attorney*

__Sharon K. McCaslin__
*Print Name*