# *Memorandum*

**ORIGINAL**

| Subj: CR 11-1210 - <br> <u>UNITED STATES v. DANI McLEOD,</u> | Date: <br> February 24, 2012 |
|---|---|

To:  TERRY NAFISI  
Clerk, United States District Court  
Central District of California

From:  Sharon McCaslin  
Assistant United States Attorney  
Criminal Division

FILED 2012 FEB 24 AM 11:59 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES

The accompanying matter being filed on February 24, 2012,

____ relates to   __X__ does not relate to

(1) a matter pending in the Criminal Division of the USAO at any time between October 2002 and October 5, 2003, the dates during which Jacqueline Chooljian was Chief of the Criminal Division in the USAO; (2) a matter pending in the Major Frauds Section of the USAO at any time between October 5, 2003 and January 6, 2006, the date on which Jacqueline Chooljian resigned her appointment in the USAO; or (3) a matter in which Jacqueline Chooljian was personally involved or on which she was personally consulted while employed in the USAO.

____ relates to   __X__ does not relate to

a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the USAO.

____ relates to   __X__ does not relate to

(1) a matter pending in the Riverside Branch of the USAO at any time between October 2, 2006 and April 4, 2011, the dates spanning the date when Sheri Pym became the Chief of the Riverside Branch of the USAO and the date when she resigned her appointment in the USAO; or (2) a matter in which Sheri Pym was personally involved or on which she was personally consulted while employed in the USAO.

____ relates to   __X__ does not relate to

(1) a matter pending in the Major Frauds Section of the USAO at any time between May 8, 2009 and March 31, 2011, the dates spanning the date when Michael Wilner became a Deputy Chief of the Major Frauds Section of the USAO and the date when he resigned his appointment in the USAO; or (2) a matter in which Michael Wilner was personally involved or on which he was personally consulted while employed in the USAO.

____ relates to   __X__ does not relate to

(1) a matter pending in the Appellate Section of the USAO at any time between February 2002 and May 2002, the time period during which Jean Rosenbluth served as the Chief of the Appellate Section of the USAO; (2) a matter in which Jean Rosenbluth was personally involved or on which she was personally consulted while employed in the USAO (between 10/1/95 and 5/31/02 as an Assistant United States Attorney, and between 8/1/02 and 7/31/08 as a Special Assistant United States Attorney); or (3) a matter in which current Assistant United States Attorney Richard Robinson is or has been personally involved or on which he has personally consulted while employed in the USAO.

*Sharon McCaslin*  
Sharon K. McCaslin  
Assistant United States Attorney