```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (State Bar No. 233927)
Assistant United States Attorney
Environmental Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0470
     Facsimile: (213) 894-6436
     E-mail: amanda.bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-1210-ODW |
|---|---|
| Plaintiff, | ) <u>NOTICE OF ASSIGNMENT OF</u> |
| | ) <u>CRIMINAL CASE</u> |
| v. | ) |
| DANI McLEOD, | ) |
| Defendant. | ) |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been assigned to a new Assistant United States Attorney ("AUSA") as follows:

| | **Name** | **E-mail Address** |
|---|---|---|
| **Previously Assigned AUSA** | Sharon K. McCaslin | Sharon.McClaslin@usdoj.gov |
| **Newly Assigned AUSA** | Amanda M. Bettinelli | amanda.bettinelli@usdoj.gov |

Please make all necessary changes to the Court's Case Management/ Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: February 27, 2012

                                  Respectfully submitted,

                                  ANDRÉ BIROTTE JR.
                                  United States Attorney

                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                  _/s/ *Amanda M. Bettinelli*_
                                  AMANDA M. BETTINELLI
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  United States of America