# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:11-CR-01210        Recorder: CS 02/27/2012        Date: 02/27/2012

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Terry R. Baker                     Assistant U.S. Attorney: Sharon McCaslin

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| DANI MCLEOD<br>    BOND-PRESENT | ASAL AKHONDZADEH<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is Dani Smith.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge Otis D. Wright II.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 4/17/2012 at 9:00 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: TRB