UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 11-01210-ODW-1 | Date | February 29, 2012 |

Present: The Honorable   Otis D. Wright II, United States District Judge

Interpreter   Not Applicable

| Steve Chung for Sheila English | None present | None present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DANI MCLEOD | Not | | X | Asal Akhondzadeh | Not | | X |

**Proceedings:**   **(IN CHAMBERS): ORDER**

At the request of the parties, the Court hereby sets a Status Conference hearing for **Monday, March 5, 2012 at 11:00 a.m.**

It IS SO ORDERED

                                                                                       :   00

Initials of Deputy Clerk   sc