ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (California Bar No. 233927)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0470
    Facsimile: (213) 894-0141
    Email:    Amanda.Bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-1210-ODW |
|---|---|
| Plaintiff, | ) JOINT STIPULATION FOR A PSYCHIATRIC EXAMINATION OF DEFENDANT PURSUANT TO 18 U.S.C. §§ 4241(a) AND 4247(b) and (c) |
| v. | |
| DANI SMITH, | |
| Defendant. | |

    Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Amanda M. Bettinelli, and defendant DANI SMITH ("defendant"), by and through her counsel of record, ASAL AKHONDZADEH, hereby stipulate as follows:

    1.    On March 5, 2011, the parties appeared before this Court for a status conference. At the hearing Court made an oral motion requesting that defendant receive a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 4241(a).

    2.    The parties concurred with the Court and the requested competency evaluation.  The Court ordered that the competency evaluation be conducted.  The government advised the Court that the government would prepare a motion for a pre-trial psychiatric evaluation and pursuant to 18 U.S.C. §§ 4241(a), 4247 (b),(c), and request that a report be prepared and submitted to the Court within thirty days,

    3.    The parties request that defendant receive a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 4241(a).

    4.    The psychiatric or psychological evaluation will include whatever testing the mental health professional deems necessary or helpful to conduct the evaluation.

IT IS SO STIPULATED.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

3/5/2012          /s/ Amanda M. Bettinelli
DATE              AMANDA M. BETTINELLI
                  Assistant United States Attorney

                  Attorneys for Plaintiff
                  UNITED STATES OF AMERICA


3/5/2012          /s/ oral authorization at status
DATE              conference on March 5, 2012

                  ASAL AKHONZADEH, ESQ.
                  Deputy Federal Public Defender
                  Attorney for Defendant
                  Dani Smith (aka Dani McLeod)