# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 11-01210-ODW | Date | March 5, 2012 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Katie Thibodeaux | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | X | X | | Asal Akhondzadeh | X | X | |

**Proceedings:**      **STATUS CONFERENCE**

Case called, appearances made.  The Court signs the stipulation and proposed order regarding defendant's mental competency and sets a competency hearing on **April 30, 2012 at 11:30 a.m.**

The Court grants the government's motion to appoint Mark Pedego, Esq. as the Guardian Ad Litem for all three minor children: K.M., C.M. and J.O. pursuant to 18 U.S.C. § 3509(h).  Children's counsel,  Mr. Mark Pedego, Esq. (Guardian Ad Litem- appointed today for the children) asked that his objection to the children being called as witnesses be stated on the record.   The government objects to the children being called as witnesses.  The Court requests briefing on alternatives to the children testifying in open court

The Court will hear argument on the issues of the children testifying and sets a **Motion hearing for May 7, 2012 at 11:30 a.m.**  Court orders the parties to have briefs submitted by Friday, April 20, 2012, any replies (optional) due on Friday, April 27, 2012.

An oral waiver of Speedy Trial Act Rights of defendant was taken o n the record.  The trial date of April 17, 2012 was VACATED by the Court.  The **new Trial date is set for June 11, 2012 at 9:00 am.**  The government shall prepare a stipulation and proposed order.

The government advises the Court of a possible witness availability issue regarding SSGt Johnson who is scheduled to deploy out of country on June 24, 2012.  Capt. Aimee Haney, Vandenberg Air Force (JAG Officer) appeared telephonically and advised the Court regarding the same.

The government states on the record that all discovery has been produced in this case. The government shall provide expert notice pursuant to Rule 16 regarding the drug evidence in this case.

| | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | se | |