ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (California Bar No. 233927)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0470
    Facsimile: (213) 894-0141
    Email:    Amanda.Bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 11-1210-ODW |
| | ) | |
| Plaintiff, | ) | ORDER FOR EXAMINATION REGARDING DEFENDANT'S MENTAL COMPETENCY |
| v. | ) | |
| DANI SMITH, | ) | |
| Defendant | ) | |

For good cause shown upon the court's oral motion, at a status conference on March 5, 2011, and the parties' stipulations:

    A.    The Federal Bureau of Prisons (the "BOP") shall conduct a mental competency examination of Dani McLeod ("defendant") pursuant to the procedures set forth in 18 U.S.C. Section 4247(b) and (c) in order to determine whether defendant is competent to:

        (1)    stand trial

        (2)    change her plea from "Not Guilty" to "Guilty,"

        (3)    assist defense counsel at trial; and/or

        (4)   represent herself in all proceedings.

  (B)   All medical records of defendant shall be made available for the BOP to review in its examination of defendant's mental competency;

  (C)   The Federal Bureau of Prisons shall submit a report to the Court regarding the results of the examination pursuant to 18 U.S.C. §§ 4241(c) and 4247(c) on or before April 23, 2012.

  (D)   Should defense counsel desire a hearing at which to present evidence supporting or rebutting the results of the competency evaluation, he shall notify the Court no later than Thursday, April 26, 2012.

  (E)   The Court will hold any competency hearing on Monday, April 30, 2012 at 11:30 a.m.

  IT IS SO ORDERED

DATED: March 9, 2012___    _____
                          HONORABLE OTIS D. WRIGHT
                          UNITED STATES DISTRICT JUDGE

**cc: BOP**

2