# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | March 13, 2012 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | Not | X | | Asal Akhondzadeh | Not | X | |

**Proceedings:**  **MINUTES (IN CHAMBERS)**

    The Court orders the personal recognizance bond issued on December 15, 2011 revoked. The defendant Dani Smith (aka "Dani McLeod") should self-surrender to the United States Marshals Service at Metropolitan Detention Center in Los Angeles, California on or before March 16, 2012.

    Upon self-surrender, the United States Marshals Service should designate defendant for a competency evaluation pursuant to the order issued by this Court on March 9, 2012. The competency evaluation should commence immediately.

**cc: U.S Pretrial-LA**
    **USM**

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | se | |