ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (California Bar No. 233927)
Assistant United States Attorney
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0470
    Facsimile: (213) 894-0141
    Email: amanda.bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>        v.<br>DANI SMITH,<br>  aka "Dani McLeod"<br>    Defendant. | CR No. CR11-1210-ODW<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE: 06-12-2012**<br><br>**MOTIONS HEARING: 05-07-2012** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 29, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good

cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (iv) the case is procedurally complex given the child victims and witnesses who will be called in this case, namely a social worker and military personnel scheduled to deploy in June 2012; (v) defendant failed to self-surrender on March 16, 2012 and is currently a fugitive; and (vi) the court has ordered defendant to undergo a competency evaluation pursuant to Title 18, United States Code, Sections 4241(c) and 4247(c).

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 17, 2012 to June 12, 2012. The briefing schedule for any motions shall be: briefs are due on Friday, April 20, 2012, any replies (optional) are due on April 27, 2012. The motions hearing is set for Monday, May 7, 2012 at 10:00 am.

2. The time period of March 5, 2012 to June 12, 2012, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(A),

(h)(1)(F), (h)(3)(A), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(iv), and (h)(7)(B)(ii).

3. Defendant shall appear in Courtroom 11 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on Tuesday, June 12, 2012 at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

March 30, 2012
DATE                            THE HONORABLE OTIS D. WRIGHT
                                UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ Amanda M. Bettinelli
AMANDA M. BETTINELLI
Assistant United States Attorney