# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Dani Smith DEFENDANT(S). | CASE NUMBER: CR 11-01210-ODW <br><br> REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

*FILED 2012 APR -4 AM 10:31 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:___*

All items are to be completed. Information not applicable or unknown will be indicated as N/A.

1. Date and time of arrest: __4-4-2012  10:00__  ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   __18 USC 401__
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: __1968__
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): __N/A__
10. Date detainer placed on defendant: __N/A__
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )
12. Does the defendant have retained counsel?   ☑ No
    ☐ Yes   Name: _____   and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: __DUTY OFCR__   Time: __9:00__   AM / PM
14. Remarks (if any): _____

15. Date: __4-4-2012__     16. Name: __Kevin C Clark__ (Please Print)
17. Agency: __USMS__       18. Signature: __K C Clark__
19. Office Phone Number: 213 894-1376

CR-64 (06/09)        REPORT COMMENCING CRIMINAL ACTION