UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | | Date | June 5, 2012 |
|---|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | Not | | | Asal Akhondzadeh | Not | | |

**Proceedings:**   **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

It is ordered that Dr. Gordon Zilberman shall avail himself to participate telephonically on Wednesday, June 6, 2012 at 1:15 p.m.

On May 24, 2012, Dr. Zilberman prepared a psychological evaluation report regarding defendant Dani Smith.  Pursuant to 18 U.S.C. § 4247(c) the psychological report was lodged with the Court and disclosed to the parties.  Pursuant to 18 U.S.C. § 4247(d), Ms. Smith, by and through her counsel of record, shall be afforded the opportunity to confront and cross-examine Dr. Zilberman regarding the report.  In accordance with the statutory guidelines set forth in 18 U.S.C. §§ 4241 and 4247, this proceeding will be held to ensure that Ms. Smith's constitutional rights are observed in the competency hearing process.

IT IS SO ORDERED.

cc: BOP- San Diego
       Gordon Zilberman

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | | se |