# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | June 6, 2012 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Sheri Kleeger | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | | X | X | Asal Akhondzadeh | | X | X |

**Proceedings:**      **STATUS CONFERENCE**

Case called, appearances made.  Dr. Gordon Zilberman appears telephonically.

The Court accepts the defendant's oral agreement to continue the trial date from June 12, 2012 to July 31, 2012.  The government prepared a stipulation and proposed order regarding excludable time.  All parties concur and signs the stipulation.  The Court signs the proposed order to continue and deems it filed.

Defense counsel does not oppose Dr. Zilberman's classification as an expert witness, nor does she oppose the mental evaluation report prepared on May 24, 2012.  The Court qualifies Dr. Zilberman as an expert pursuant to Federal Rules Evidenced 702.

Outside the presence of government counsel, the Court heard and considered the issue regarding the appointment of new counsel.  After further discussion, the request is withdrawn.

|  | : | 25 |
|---|---|---|
| Initials of Deputy Clerk | se | |