1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   AMANDA M. BETTINELLI(California Bar No. 233927)
4  Assistant United States Attorney
        1300 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:   (213) 894-0470
        Facsimile:   (213) 894-0141
7       Email:       amanda.bettinelli@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

9

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )  CR No. CR11-1210-ODW
                                 )
13            Plaintiff,         )  ORDER CONTINUING  TRIAL DATE AND
                                 )  FINDINGS REGARDING EXCLUDABLE
14            v.                 )  TIME PERIODS PURSUANT TO SPEEDY
                                 )  TRIAL ACT
15  DANI SMITH,                  )
      aka "Dani McLeod"          )  TRIAL DATE: 07-31-2012
16                               )
              Defendant.         )  STATUS CONF:07-27-2012
17                               )
                                 )  MOTIONS HEARING: 07-27-2012
18                               )
                                 )
19                               )
                                 )
20

21       The Court has read and considered the Stipulation Regarding

22  Request for (1) Continuance of Trial Date and (2) Findings of

23  Excludable Time Periods Pursuant to Speedy Trial Act, filed by

24  the parties in this matter on June 6, 2012.  The Court hereby

25  finds that the Stipulation, which this Court incorporates by

26  reference into this Order, demonstrates facts that support a

27  continuance of the trial date in this matter, and provides good

28

FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  cause for a finding of excludable time pursuant to the Speedy

2  Trial Act, 18 U.S.C. § 3161.

3      The Court further finds that: (i) the ends of justice served

4  by the continuance outweigh the best interest of the public and

5  defendant in a speedy trial; (ii) failure to grant the

6  continuance would be likely to make a continuation of the

7  proceeding impossible, or result in a miscarriage of justice; and

8  (iii) failure to grant the continuance would unreasonably deny

9  defendant continuity of counsel and would deny defense counsel

10 the reasonable time necessary for effective preparation, taking

11 into account the exercise of due diligence; (iv) the case is

12 procedurally complex given the child victims and witnesses who

13 will be called in this case, namely a social worker and military

14 personnel with a planned to deployment in June 2012; (v)

15 defendant failed to self-surrender on March 16, 2012; (vi) the

16 court ordered defendant to undergo a competency evaluation

17 pursuant to Title 18, United States Code, Sections 4241(c) and

18 4247(c); (vii) during the period of mental evaluation, defense

19 counsel was unable to meaningful confer and communicate with her

20 client; and (viii) the competency hearing is scheduled for June

21 11, 2012 at 9:00 a.m.

22

23 THEREFORE, FOR GOOD CAUSE SHOWN:

24      1.   The trial in this matter is continued from June 12,

25 2012 to July 31, 2012 at 9:00 a.m. The status conference hearing

26 is continued to Friday, July 27, 2012 at 10:00 a.m.   The briefing

27 schedule for any motions shall be: briefs are due on Friday, June

28

1  22, 2012, any replies (optional) are due on June 29, 2012.  The

2  motions hearing is set for Friday, July 27, 2012 at 10:00 a.m.

3      2.    The time period of June 6, 2012 to July 31, 2012,

4  inclusive, is excluded in computing the time within which the

5  trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(A),

6  (h)(1)(F), (h)(3)(A), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(iv), and

7  (h)(7)(B)(ii).

8      3.    Defendant shall appear in Courtroom 11 of the Federal

9  Courthouse, 312 North Spring Street, Los Angeles, California on

10 **Tuesday, July 31, 2012 at 9:00 a.m.**

11     4.    Nothing in this Order shall preclude a finding that

12 other provisions of the Speedy Trial Act dictate that additional

13 time periods are excluded from the period within which trial must

14 commence.  Moreover, the same provisions and/or other provisions

15 of the Speedy Trial Act may in the future authorize the exclusion

16 of additional time periods from the period within which trial

17 must commence.

18

19     IT IS SO ORDERED.

20

21     06-06-2012

22     DATE                    THE HONORABLE OTIS D. WRIGHT
                               UNITED STATES DISTRICT JUDGE
23

24

25

26 Presented by:

27

    /s/ Amanda M. Bettinelli
28 AMANDA M. BETTINELLI
   Assistant United States Attorney