# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | June 11, 2012 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Katie Thibodeaux | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | X | X | | Asal Akhondzadeh | X | X | |

**Proceedings:** **COMPETENCY HEARING**

Case called, appearances made.

This hearing was conducted in accordance with 18 USC 4247(d). The defendant was given an opportunity to testify, present evidence, subpoena witnesses in her own behalf, confront and cross examine witnesses.

The Court ordered a competency evaluation of Defendant pursuant to 18 USC 4241. Said evaluation was in fact conducted by Gordon M. Zilberman, Ph.D., ABPP. The court received Dr. Zilberman's report on or about May 24, 2012. In summary, "there is no objective evidence to indicate that at the this time, Ms. Smith is suffering from a severe mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the court proceeding against her or to assist properly in her own defense."

No objections from the Defense to the report or to the qualifications of Dr. Zilberman, or to his methodology in conducting the evaluation. No evidence offered by the defense to counter the conclusions by Dr. Zilberman. Consequently, the court finds by a preponderance of the evidence that Ms. Smith is competent to stand trial. The Court accepts the report into evidence.

Ms. Smith is permitted to remain free on bond, which is reinstated, on the same terms and conditions, with the additional condition that she submit to random drug tests administered by PreTrial Services in Arizona. The clerk will contact PTS and arrange to have defense counsel contacted so as to coordinate.

**Pre-Trial/ Motion set for 7-27-12 at 10:00 a.m, at which Ms. Smith does not have to be present and Trial is set for 7-31-12 at 9:00 a.m. at which Ms. Smith must attend.**

The defendant is released forthwith. Release # 18005.

|  | : | 20 |
|---|---|---|
| Initials of Deputy Clerk | se | |