ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI
Assistant United States Attorney
(California State Bar No. 233927)
  1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone:  (213) 894-0470
  Facsimile:  (213) 534-0141
  amanda.bettinelli@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DANI SMITH,<br>  aka "Dani McLeod"<br><br>          Defendant. | CR 11-1210-ODW<br><br><u>GOVERNMENT'S MOTION IN OPPOSITION TO CHILD VICTIM WITNESS TESTIMONY</u><br><br>Pre-Trial Motions<br>Hearing Date: 07-27-2012<br>Time: 10:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files this motion in opposition to defendant's request to call child victims as witnesses at trial in the matter of <u>United States v. Dani Smith</u>, CR11-1210-ODW. This case requires special consideration and procedural protections should be put in place for the child victims who may be called as witnesses by the defendant.

    The government respectfully requests: 1) that this Court provide special mechanisms to ensure the protection of child

1  victim witnesses during judicial proceedings; 2) that pursuant to
2  18 U.S.C. § 3509, this Court allow the children to testify via
3  alternative means, namely closing the courtroom or permitting
4  testimony in camera to protect the best interests of the child
5  victims in this case; 3) if necessary, to allow the Guardian Ad
6  Litem appointed pursuant to 18 U.S.C. § 3509(h)(1), Mr. Mark
7  Pedego, Esq., a familiar person to the children be permitted to
8  examine the children for competency to testify; and 4) if
9  necessary, to allow the use of adult attendants, testimonial
10 aids, and expedited proceedings to prevent further emotional
11 trauma as a result of the examination.[1]

    This motion is based upon the files and records in this case, and any other evidence or argument that the Court may wish to consider.

Dated: June 22, 2012            Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division


                                      /s/
                                AMANDA M. BETTINELLI
                                Assistant United States Attorney
                                Environmental Crimes Section
                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

---

[1] On Monday, June 25, 2012, the government will file under seal the declarations of Mr. Mark Pedego, Esq., the guardian ad litem in this case, and the childrens' therapist.  They all oppose the children being called to testify.