# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | June 29, 2012 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | Not | | | Asal Akhondzadeh | Not | | X |

**Proceedings:**     **MINUTES (IN CHAMBERS)**

   On June 11, 2012, the Court ordered Dani Smith to remain free on bond under the same terms and conditions with an additional condition that she submit to random drug tests administered by Pretrial Services in Arizona. The Court hereby vacates the additional condition of drug testing.

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | se | |