# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | July 23, 2012 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Katie Thibodeaux | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | Not | | | Asal Akhondzadeh | X | X | |

**Proceedings:**    **STATUS CONFERENCE**

Case called, appearances made. No appearance by defendant. The Court and counsel confer regarding the issues relating to the Motion hearing and trial as stated on the record.

Government counsel shall prepare a stipulation and proposed order re excludable time to continue the trial set for July 31, 2012. The Court will approve the order once received.

The Motion hearing set for Friday, July 27, 2012 at 10:00 am will now be heard at **1:00pm.**

                                                                                          :    17

                                        Initials of Deputy Clerk    se