UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
2012 FEB 24 AM 11:29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-1210- |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | [18 U.S.C. § 13 Assimilating California Health and Safety Code § 11550(a) and California Penal Code § 273a(b): Being Under the Influence of a Controlled Substance and Child Abuse or Endangerment] |
| DANI McLEOD, | |
| Defendant. | |
| | (Class A Misdemeanor) |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 13 Assimilating California Health and Safety Code § 11550(a)]

On or about November 7, 2010, in Ventura County within the Central District of California, and the special territorial jurisdiction of the United States, defendant DANI McLEOD did knowingly use and was under the influence of a controlled

SMC:ah

substance, namely amphetamine.

COUNT TWO

[18 U.S.C. § 13 Assimilating California Penal Code § 273a(b): Child Abuse or Endangerment]

On or about November 7, 2010, in Ventura County within the Central District of California, and the special territorial jurisdiction of the United States, defendant DANI McLEOD did knowingly and willfully caused and permitted a child, K.M., to be placed in a situation where her person and health might be endangered.

## COUNT THREE

[18 U.S.C. § 13 Assimilating California Penal Code § 273a(b): Child Abuse or Endangerment]

On or about November 7, 2010, in Ventura County within the Central District of California, and the special territorial jurisdiction of the United States, defendant DANI McLEOD willfully caused and permitted a child, C.M., to be placed in a situation where her person and health might be endangered.

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*
Dommy C.UM
Dep. Chief, Crim. Div. For

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental Crimes Section

SHARON K. McCASLIN
Assistant United States Attorney

3