1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   AMANDA M. BETTINELLI(California Bar No. 233927)
4  Assistant United States Attorney
        1300 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone:  (213) 894-0470
        Facsimile:  (213) 894-0141
7       Email:      amanda.bettinelli@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,     )  CR No. CR11-1210-ODW
                                  )
13            Plaintiff,          )  [proposed] ORDER CONTINUING
                                  )  TRIAL DATE AND FINDINGS REGARDING
14            v.                  )  EXCLUDABLE TIME PERIODS PURSUANT
                                  )  TO SPEEDY TRIAL ACT
15  DANI SMITH,                   )
      aka "Dani McLeod"           )  [proposed] TRIAL DATE: 11-20-2012
16                                )
              Defendant.          )  [proposed] STATUS CONF:11-12-2012
17                                )
                                  )  [proposed] MOTIONS HEARING:
18                                )                      11-05-2012
                                  )
19                                )
                                  )
20  _____  )

21       The Court has read and considered the Stipulation Regarding

22  Request for (1) Continuance of Trial Date and (2) Findings of

23  Excludable Time Periods Pursuant to Speedy Trial Act, filed by

24  the parties in this matter on July 31, 2012.  The Court hereby

25  finds that the Stipulation, which this Court incorporates by

26  reference into this Order, demonstrates facts that support a

27  continuance of the trial date in this matter, and provides good

28

1 | cause for a finding of excludable time pursuant to the Speedy
2 | Trial Act, 18 U.S.C. § 3161.

3 |     The Court further finds that: (i) the ends of justice served
4 | by the continuance outweigh the best interest of the public and
5 | defendant in a speedy trial; (ii) failure to grant the
6 | continuance would be likely to make a continuation of the
7 | proceeding impossible, or result in a miscarriage of justice; and
8 | (iii) failure to grant the continuance would unreasonably deny
9 | defendant continuity of counsel and would deny defendant and
10 | defense counsel the reasonable time necessary for effective
11 | preparation, taking into account the exercise of due diligence;
12 | (iv) the case is procedurally complex given the child victims and
13 | witnesses who will be called in this case.

14 |     The Court is currently considering how best to implement its
15 | ruling on the pre-trial motion permitting on the issue of child
16 | victim witness testimony and needs time for review of the
17 | proposed questions to be asked and pre-approved by the Court, the
18 | Guardian ad Litem also needs to review the approved questions due
19 | to concerns regarding the emotional trauma to the children set
20 | forth in declarations prepared by the Guardian Ad Litem and
21 | therapists providing the care to the minor children K.M. and C.M.
22 | Defendant has advised that she intends to call her children as
23 | witnesses.  The government and the Guardian Ad Litem oppose live
24 | in-court testimony of the children due to the risk of emotional
25 | trauma.  Defendant has advised that she wishes to call the
26 | children.

27 |     An essential witness for both parties is a social worker Ms.
28 | Laurie Lee who took the children into protective custody on the

1 date of the offense.  Ms. Lee is represented by County Counsel in
2 Santa Barbara, California.  On Monday, July 30, 2012, Ms. Lee was
3 authorized to testify in the criminal trial by the dependency
4 court in Santa Maria, CA.  Judge Garcia presided over the
5 dependency court proceedings involving the minor children and the
6 child endangerment allegations against defendant.

7    The parties have filed an 827 Petition in Dependency Court
8 in Santa Maria, California requesting disclosure of the
9 dependency court hearing transcripts related to the offense
10 conduct, namely being under the influence and child endangerment
11 on November 7, 2010, and the testimony of Ms. Laurie Lee.  The
12 transcript will be available on August 11, 2012.  This Court and
13 defense counsel have received conformed copies of the motion
14 filed and the 827 Petition filed by the government and joined by
15 defense counsel is incorporated by reference herein.

16    On Monday, July 30, 2012, defendant advised Ms. Akhondzadeh,
17 DFPD, that she would like to proceed either in pro per or with
18 new counsel.  A hearing on the issue of representation will be
19 held on Tuesday, July 31, 2012.

20

21 THEREFORE, FOR GOOD CAUSE SHOWN:

22    1.    The trial in this matter is continued from August 21,
23 2012 to November 20, 2012. The status conference hearing is
24 continued to Monday, November 5, 2012 at 10:00 a.m.  The briefing
25 schedule for any motions shall be: briefs are due on Friday,
26 October 26, 2012, any replies (optional) are due on Friday,
27 November 2, 2012.  The motions hearing is set for Monday,
28 November 12, 2012 at 10:00 a.m.

1    2.   The time period of July 31, 2012 to November 20, 2012,
2  inclusive, is excluded in computing the time within which the
3  trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(D),
4  (h)(1)(G), (h)(3)(A), (h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(iv), and
5  (h)(7)(B)(ii).

6    3.   Defendant shall appear in Courtroom 11 of the Federal
7  Courthouse, 312 North Spring Street, Los Angeles, California on
8  Tuesday, November 20, 2012 at 9:00 a.m.

9    4.   Nothing in this Order shall preclude a finding that
10  other provisions of the Speedy Trial Act dictate that additional
11  time periods are excluded from the period within which trial must
12  commence.  Moreover, the same provisions and/or other provisions
13  of the Speedy Trial Act may in the future authorize the exclusion
14  of additional time periods from the period within which trial
15  must commence.

16

17      IT IS SO ORDERED.

18

19   7-31-12

20  DATE                         THE HONORABLE OTIS D. WRIGHT
                                 UNITED STATES DISTRICT JUDGE
21

22

23

24  Presented by:

25

26   /s/ Amanda M. Bettinelli
    AMANDA M. BETTINELLI
27    Assistant United States Attorney

28

4