# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**DEBRA LUCA**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

June 24, 2013

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Central District of California
312 North Spring Street, Room G8
Los Angeles, CA 90012
Attn: Clerk of Court

RE: USA v. Dani Smith (aka: Dani McLeod)
Your case number: CR11-01210-ODW ✓
Arizona case number: 13-04180M-001-PCT-MEA

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Mark E. Aspey in Flagstaff, Arizona. The following action has been taken.

☒ U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.
Please acknowledge receipt on the enclosed copy of this letter and return to the Flagstaff office at 123 N. San Francisco, Suite 200, Flagstaff, AZ 86001.

Sincerely,

BRIAN KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/ Christina S. Hurley
Christina S. Hurley
Deputy Clerk

Enclosures

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Prescott Division)
## CRIMINAL DOCKET FOR CASE #: 3:13-mj-04180-MEA All Defendants
### Internal Use Only

Case title: USA v. Smith
Other court case number: CR11-1210-ODW Central District of California

Date Filed: 06/24/2013
Date Terminated: 06/24/2013

Assigned to: Magistrate Judge Mark E Aspey

### Defendant (1)

**Dani Marie Stevens McLeod Smith**
*TERMINATED: 06/24/2013*
*also known as*
Dani Smith
*TERMINATED: 06/24/2013*
*also known as*
Dani McLeod
*TERMINATED: 06/24/2013*

represented by **Richard L Juarez**
Federal Public Defenders Office - Yuma
2285 S 4th Ave., Ste. 2E
Yuma, AZ 85364
928-314-1780
Fax: 928-314-1781
Email: Richard_Juarez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
18:3146.F

### Disposition

**Plaintiff**

USA　　　　　　　　　　　　　　represented by **Paul V Stearns**
　　　　　　　　　　　　　　　　　　　　　　　　US Attorneys Office - Flagstaff, AZ
　　　　　　　　　　　　　　　　　　　　　　　　123 N San Francisco St., Ste. 410
　　　　　　　　　　　　　　　　　　　　　　　　Flagstaff, AZ 86001
　　　　　　　　　　　　　　　　　　　　　　　　928-556-0833
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 928-556-0759
　　　　　　　　　　　　　　　　　　　　　　　　Email: paul.stearns@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 06/21/2013 | 1 | ☐ | Arrest (Rule 40) of Dani Marie Stevens McLeod Smith (CSH) (Entered: 06/24/2013) |
| 06/24/2013 | 2 | | Minute Entry for proceedings held before Magistrate Judge Mark E Aspey: FINANCIAL AFFIDAVIT TAKEN; Initial Appearance in Rule 5(c)(3) Proceedings as to Dani Marie Stevens McLeod Smith held on 6/24/2013. Appointment of counsel hearing held and appearance entered by Richard L Juarez (AFPD) for defendant. Defendant states TRUE NAME is DANI MARIE STEVENS MCLEOD SMITH. Rule 5(c)(3) Identity Hearing waived on 6/24/2013. Warrant of Removal to be issued.<br><br>**Appearances**: AUSA Paul Stearns for the Government, AFPD Richard Juarez for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 10:07 am to 10:13 am. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CSH) (Entered: 06/24/2013) |
| 06/24/2013 | 🔒 3 | ☐ | *SEALED* CJA 23 Financial Affidavit by Dani Marie Stevens McLeod Smith (CSH) (Entered: 06/24/2013) |
| 06/24/2013 | 4 | ☐ | WAIVER of Rule 5(c)(3) Hearing by Dani Marie Stevens McLeod Smith (CSH) (Entered: 06/24/2013) |
| 06/24/2013 | 5 | ☐ | COMMITMENT TO ANOTHER DISTRICT as to Dani Marie Stevens McLeod Smith. Defendant committed to District of District of Central District of California (CR11-1210-ODW).. Signed by Magistrate Judge Mark E Aspey on 6/24/13.(CSH) (Entered: 06/24/2013) |
| 06/24/2013 | 6 | ☐ | NOTICE/LETER to District of Central District of California (CR11-1210-ODW) as to Dani Marie Stevens McLeod Smith |

|  |  |  | (CSH) (Entered: 06/24/2013) |
|---|---|---|---|

[ View Selected ]

or

[ Download Selected ]

AZ WVR (7/99) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

```
                                                  FILED          LODGED
                                         ___ RECEIVED      ___ COPY
                                                JUN 2 4 2013
                                         CLERK U S DISTRICT COURT
                                           DISTRICT OF ARIZONA
                                         BY_____ DEPUTY
```

United States of America            **WAIVER OF RULE 5 HEARINGS**

v.

Dani Smith (aka: Dani McLeod),

                          Case Number: 13-04180M-001-PCT-MEA

    I, **Dani Smith (aka: Dani McLeod)**, understand that in the **Central District of California** charges are pending alleging violation of **Failure to Appear Warrant** and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, FED. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution, and (5) be considered for release at a detention hearing.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

- [x] Identity hearing
- [ ] Preliminary examination
- [ ] Identity hearing and have been informed I have no right to a preliminary examination
- [ ] Identity hearing but request a preliminary examination to be held in the prosecuting district
- [ ] I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge in pending against me.

                                                  _/s/ Dani Smith_
                                                  Defendant

7-24-13

                                                  Defense Counsel

Date

AO 94 (Rev. 01/09) Commitment to Another District

24 JUN 13 PM 2:45

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Dani Smith (aka: Dani McLeod) | ) | Case No. 13-4180M-001-PCT-MEA |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. CR11-01210-ODW |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the  Central  District of  California

The defendant may need an interpreter for this language: _____

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 6-24-13

_____
Judge's signature

Mark E. Aspey, US Magistrate Judge
*Printed name and title*