UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | November 13, 2013 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Katie Thibodeaux | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Marie McLeod | X | X | | Stephanie Ames | X | X | |

**Proceedings:**    STATUS CONFERENCE

　　　Case called, appearances made. The Court and counsel confer regarding the Pretrial Violation Report. The defendant admitted to the allegation in the Petition filed on November 13, 2013. Defendant waived constitutional rights and a preliminary hearing on the violation. Counsel joined. Defendant's admission entered. Defendant is in violation. Defendant detained.

　　　The Court and counsel confer regarding defendant's mental state on the record. Defense counsel made a motion for a mental health evaluation pursuant to 18 U.S.C. 4241(a),(b), and 4247. The Court signs the order for defendant to undergo a mental evaluation in BOP custody.

　　　The Court and counsel confer regarding the trial date and defendant's fugitive status, the failure to appear for trial on May 21, 2013, and transport from the District of Arizona. The Court made findings that there is excludable time pursuant to the Speedy Trial Act to continue the trial date. Defense counsel advised the Court that additional time is needed for defendant to be mentally evaluated and for counsel to prepare for trial. Defense counsel advised the Court that she will be ready for trial on February 25, 2014. The Court ordered that the trial date be continued from November 19, 2013 to February 25, 2014 at 9:00 am.

IT IS SO ORDERED.
cc:　　　P.S.A.L.A

|  | : | 17 |
|---|---|---|
| Initials of Deputy Clerk | se | |