1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   AMANDA M. BETTINELLI (Cal. Bar No. 233927)
4  Assistant United States Attorney
   Environmental Crimes Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0470
7       Facsimile: (213) 894-0636
        E-mail:   Amanda.Bettinelli@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          No. CR 11-1210-ODW

13          Plaintiff,                 ORDER FOR DEFENDANT DANI SMITH'S
                                       MENTAL COMPETENCY EVALUATION
14              v.                     PURSUANT TO 18 U.S.C.  §§ 4241
                                       (a),(b), and 4247
15  DANI SMITH,

16    aka "Dani McLeod",

17          Defendant.

18

19      On November 13, 2013, the Court held a status conference in the

20  above-titled case.  Present at the status conference were plaintiff

21  United States of America, by and through its counsel, the United

22  States Attorney's Office for the Central District of California, and

23  DANI SMITH ("DEFENDANT"), both individually and through her counsel

24  Stephanie Ames.

25      Based on defense counsel's representations, defendant's

26  submissions, the arguments of counsel and the files and records of

27  the case, the Court hereby finds as follows:

28

1      1. Pursuant to Title 18, United States Code, Section

2          4241(a) the submissions of defendant in connection with

3          the status conference show reasonable cause to believe

4          that defendant may presently be suffering from a mental

5          disease or defect rendering here mentally incompetent to

6          the extent that she is unable to understand the nature

7          and consequences of the proceedings against her or to

8          properly assist in her defense.

9      2. Defense counsel, Ms. Stephanie Ames, has made a motion

10         pursuant to Title 18, United States Code, Section

11         4241(a) and requested a mental competency evaluation.

12     3. The government does not object to the mental competency

13         evaluation.

14     4. The Court hereby orders that a psychiatric or

15         psychological examination of defendant be conducted by

16         the Federal Bureau of Prisons ("BOP") pursuant to Title

17         18, United States Code, Section 4241(b).

18     5. The mental health evaluation shall be conducted

19         forthwith and a report prepared pursuant to Title 18,

20         United States Code, Section 4247(c).

21    IT IS SO ORDERED.

22

23  November 13, 2013

24  DATE                          HONORABLE OTIS D. WRIGHT
                                  UNITED STATES DISTRICT JUDGE
25
    Presented by:
26
         /s/
27  AMANDA M. BETTINELLI
    Assistant United States Attorney
28