# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: CR 11-01210 ODW |
|---|---|
| v. Dani Smith aka Dani Mcleod  DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __11-07-2013 @ 16:00__   ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building)   Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 3148 VIOLATION OF PRETRIAL RELEASE
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: __1968__
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )
12. Does the defendant have retained counsel ?   ☑ No
    ☐ Yes   Name: N/A   and Phone Number: N/A
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFCR   Time: 09:00   AM / PM
14. Remarks (if any): N/A

15. Date: 11-08-2013
16. Name: S. Munoz (Please Print)
17. Agency: USMS-DEO
18. Signature: ____
19. Office Phone Number: 213-894-1376

---

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION