# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 11-1210-ODW | Date November 13, 2013 |

Present: The Honorable  Charles F. Eick

Interpreter

| Stacey Pierson | Courtsmart | Amanda Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DANI MARIE McLEOD SMITH | X | X | | Stephanie Ames | X | X | |

**Proceedings:**  PRETRIAL VIOLATION HEARING

    Case called. Counsel make their appearances. The Court hears discussion. The Court Orders the bond revoked. Government's motion for detention is granted without prejudice.

: 10

Initials of Deputy Clerk  sp

cc: