UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | December 4, 2013 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | n/a | n/a |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Marie McLeod Smith | Not | | | Stephanie Ames | Not | | |

**Proceedings:**   **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

   The Court is in receipt of a letter dated November 26, 2013 from MDC requesting an additional 15- day extension to complete testing and examination regarding Dani Smith.  The Court **GRANTS** the request.

IT IS SO ORDERED.

                                                                                                                              :    00

                                                              Initials of Deputy Clerk         se