ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (Cal. Bar No. 233927)
Assistant United States Attorney
Environmental Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0470
     Facsimile: (213) 894-0636
     E-mail:    Amanda.Bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-1210-ODW |
| Plaintiff, | ORDER FOR RELEASE OF DEFENDANT DANI SMITH'S MENTAL HEALTH RECORDS FROM TARZANA TREATMENT CENTER AS PART OF THE COURT ORDERED COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. §§ 4241 (a),(b), and 4247 |
| v. | |
| DANI SMITH, | |
| aka "Dani McLeod", | |
| Defendant. | |

On November 13, 2013, the Court held a status conference in the above-titled case.  Present at the status conference were plaintiff United States of America, by and through its counsel, the United States Attorney's Office for the Central District of California, and DANI SMITH ("DEFENDANT"), both individually and through her counsel Stephanie Ames.

Based on defense counsel's representations, defendant's submissions, the arguments of counsel and the files and records of the case, the Court found as follows:

1. Pursuant to Title 18, United States Code, Section 4241(a) the submissions of defendant in connection with the status conference show reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering here mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to properly assist in her defense.
2. Defense counsel, Ms. Stephanie Ames, has made a motion pursuant to Title 18, United States Code, Section 4241(a) and requested a mental competency evaluation.
3. The government does not object to the mental competency evaluation.
4. The Court hereby orders that a psychiatric or psychological examination of defendant be conducted by the Federal Bureau of Prisons ("BOP") pursuant to Title 18, United States Code, Section 4241(b).
5. The mental health evaluation shall be conducted forthwith and a report prepared pursuant to Title 18, United States Code, Section 4247(c).

Dr. Lisa Hope, Chief Psychologist, MDC-LA's Psychological Services has requested a court order to obtain defendant's treatment records from the Tarzana Treatment Facility where she received dual diagnosis treatment and care prior to walking away from the facility.

Dr. Hope has indicated that the Tarzana Treatment Facility records would be useful in obtaining a complete psychological history for the defendant and in preparing the report of findings for this Court.

IT IS THEREFORE ORDERED that Tarzana Treatment Center provide directly to Dr. Lisa Hope all treatment records in its possession for all treatment rendered to DANI SMITH during the time of her most recent stay at that residential facility.

IT IS SO ORDERED.

January 28, 2014

DATE                                          HONORABLE OTIS D. WRIGHT
                                              UNITED STATES DISTRICT JUDGE