UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 11-01210-ODW | Date | February 11, 2014 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Debi Read | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Marie McLeod | X | X | | Stephanie Ames | X | X | |

**Proceedings:**   STATUS CONFERENCE

     Case called, appearances made.  The Court confers with counsel regarding the case status as stated on the record.  The government requests the trial date to continue for time to complete the mental health evaluation report.  The defendant orally agrees to sign the stipulation to continue the trial date.  The government will file the signed stipulation to continue the trial and the court will sign the order.

IT IS SO ORDERED.

|  | : | 13 |
|---|---|---|
| Initials of Deputy Clerk | se | |