ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
AMANDA M. BETTINELLI (Cal. Bar No. 233927)
Assistant United States Attorney
Environmental Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0470
    Facsimile: (213) 894-0636
    E-mail:    Amanda.Bettinelli@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,            | No. CR 11-1210-ODW |
|---|---|
| Plaintiff,                           | [~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v.                                   | |
| DANI SMITH, aka "Dani McLeod"        | **[PROPOSED] TRIAL DATE: 04-08-14** |
| Defendant.                           | **[PROPOSED] STATUS CONF: 03-11-14** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on February 11, 2014. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.  The trial in this matter is continued from Tuesday, February 25, 2013 to Tuesday, April 8, 2014 at 9:00 a.m. The status conference hearing is continued to Monday, March 24, 2014 at 10:00 a.m.

2.  The time period of February 11, 2014 to April 8, 2014, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h(1)(A), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.  On February 11, 2014, the parties appeared and defendant's oral waiver of the Speedy Trial Act was taken on the record and defendant agreed to a continuance of the trial date to April 8, 2014.

4.  This Court ordered defendant's mental competency evaluation on November 13, 2013. See Docket entry 103. The evaluation is not yet complete and Dr. Lisa Hope, MDC Psychological Services advised that she has not yet received all of the psychiatric records requested from the Tarzana Treatment Center

("Tarzana"). The Court ordered that defendant's Tarzana treatment records be released to Dr. Hope on January 28, 2014. See Docket entry 111. Dr. Hope has, however, conferred with the psychiatrist at Tarzana and was advised that an additional 10 to 14 days was needed to produce those records. Once Dr. Hope receives the records, she will review them, and complete her psychological evaluation and report.

5. Defendant shall appear in Courtroom 11 of the Spring Street Courthouse, 312 N. Spring Street, Los Angeles, California on April 8, 2014 at 9:00 a.m.

6. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

February 11, 2014
DATE                                    HONORABLE OTIS D. WRIGHT
                                        UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
AMANDA M. BETTINELLI
Assistant United States Attorney