# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 11-01210-ODW |
| Date | March 24, 2014 |

Present: The Honorable   OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

Interpreter

| Sheila English | Debi Read | Amanda Miller Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Dani Smith | | X | X | Stephanie Ames | | X | X |

**Proceedings:**   **STATUS CONFERENCE**

     Case called, appearances made.  Also appearing telephonically is Chief Psychologist, Dr. Lisa Hope.  The Court and counsel confer regarding the defendant's competency to stand trial.  A report was given to the court by Chief Psychologist, Dr. Lisa Hope that evaluated the defendant.  A copy was given to counsel for their review.

     The Court hears from Dr. Hope.

     The Court sets a Competency hearing on March 27, 2014 at 10:00 am.  Dr. Hope can appear telephonically for this hearing.

                                                                                             : 20

Initials of Deputy Clerk   se