

# *Lisa C. Hope, Psy.D.*

Metropolitan Detention Center
535 North Alameda Street
Los Angeles, CA 90012
(213) 485-0439 x5468
E-Mail: lhope@bop.gov

## Education

| | | |
|---|---|---|
| 2000 | | **Psy.D., Clinical Psychology** |
| | | Pacific University School of Professional Psychology |
| | | Forest Grove, Oregon |
| 1996 | | **MA, Counseling Psychology** |
| | | Lewis and Clark College, Portland, Oregon |
| 1992 | | **BA, Psychology** |
| | | University of Central Florida, Orlando, Florida |

## License

2003            **California: PSY 18894**

08/11-Pres.    **University of Southern California Human Subjects Committee**
Prison representative for the Institution Review Board (IRB).

## Clinical Experience

04/03-Pres.    **Metropolitan Detention Center, Los Angeles, CA**
*Forensic Psychologist; Chief Psychologist (since 12/2012)*
- Supervise five licensed Psychologists, three fulltime pre-doctoral Interns from APA approved schools, and one Psychology Technician.

Lisa Hope, Psy.D.<br>Page 2

- Oversee and supervise five specialized Psychology Programs including: APA approved pre-doctoral internship, Forensic Program, Mental Health Program (including Suicide Prevention Program), Drug Treatment Program, and the Employee Assistance Program (EAP).
- Administer, score, interpret, and document Federal Court ordered evaluations, including competency, responsibility, dangerousness, pre-sentencing, and pre-release evaluations.
- Administer, score, interpret, and document various psychological and neuropsychological tests.
- Testify in Court as an Expert Witness as needed.
- Utilize court approved interpreters, when necessary.
- Coordinate Forensic Program.
- Review all completed Forensic Evaluation reports of Forensic Psychologists and Interns.
- Supervise APA approved internship level doctoral students from APA accredited schools.
- Supervise Forensic Psychology Intern.
- Conduct didactic training regarding specialized topics such as neuropsychological evaluation, intellectual assessment, geroneuropsychology, psychopathy, competency evaluation, responsibility evaluation, stalking, malingering, testifying (including mock trial), suicide prevention, diversity, mental health case law (pre and post Hinckley, the Sell decision, the Adam Walsh Act, etc.).
- Co-coordinate Special Programs Unit (monitor and provide treatment to the mentally ill, inmates on suicide watch, or with serious adjustment difficulties).
- Conduct threat assessments of staff members (that typically involve Union representation) at the request of the Warden, and provide summary of findings.
- Respond to crisis situations during regular hours and on-call periods.
- Conduct suicide risk assessments and monitor inmates on suicide watch.
- Identify and monitor mentally ill inmates throughout the institution.
- Provide case management and brief psychotherapy, when appropriate.
- Refer inmates for psychiatric consultation.
- Monitor high security inmates.
- Assist with Program Reviews of other FBOP institutions.
- Supervise operations of the Psychology Department (as of 12/2012).
- Supervise all Psychology Department staff (as of 12/2012).
- Western Region Crisis Support Team Psychologist (as of 2009).
- National Crisis Support Team Trainer (as of 2009).

09/00-04/03 **Metropolitan Detention Center, Brooklyn**
*Mental Health Program Coordinator*
- Coordinated the Special Programs Unit.
- Updated Program Guidelines as needed.
- Assessed inmates for placement in the Special Programs Unit.
- Monitored inmates placed in the Special Programs Unit to include daily activities, daily living and mental health needs.
- Monitored suicide precautions watches conducted within the unit.

- Coordinated services with the Legal Department, CCM, and ISM when inmates are designated for treatment or studies.
- Testified in Federal Court, as needed.
- Consulted regularly with evaluators at designated study sites.
- Administered, scored, interpreted, and documented various psychological tests.
- Screened newly incarcerated male and female inmates and responded to inmates requesting Psychological Services.
- Conducted suicide risk assessments and monitored inmates on suicide precautions watch.
- Identified and monitored mentally ill inmates throughout the institution.
- Provided case management and brief psychotherapy, when appropriate.
- Provided counseling to HIV positive inmates.
- Monitored high security inmates.
- Consulted and coordinated treatment with the Medical Department, Unit Team, Custody staff, U.S. Marshal's Service, Central Office, the Courts, and Attorneys.
- Responded to crisis situations during regular hours and on-call periods.
- Referred inmates for psychiatric consultation.
- Diversity Management Coordinator.
- Member of Crisis Support Team (CST) who provided assistance to staff and inmates immediately following the events of 09/11/2001.
- Assisted the Regional 9/11 CST by co-facilitating critical incident de-briefing groups.
- Provided weekly "Sensitivity Training" to all Special Housing Unit officers who worked with WTC detainees.
- Mental Health Expert for Hostage Negotiation Team at Crisis Management Training in Fort Pickett, VA - April 2002.
- Reviewer-in-charge for Psychology Services Operational Review conducted at MCC, New York - April 2002.

## Supervised Clinical Experience

09/99-09/00     **Metropolitan Detention Center, Los Angeles, CA**
*Doctoral Intern; APA Accredited*

- Administered, scored, interpreted, and documented Federal Court ordered competency and responsibility evaluations, including semi-structured interviews, Intelligence Testing, Memory Testing, Competency Assessments, Neuropsychological Screening and Testing, Testing for Malingering, and Personality Testing.
- Utilized court approved interpreters, when necessary.
- Completed monthly Special Housing Unit Reviews.
- Provided weekly group therapy to inmates residing in the Special Programs Unit.
- Referred inmates for psychiatric consultation.
- Conducted suicide risk assessments and monitored inmates placed on suicide watch status.
- Assessed inmates for placement in the Special Programs Unit.
- Monitored inmates residing in the Special Programs Unit.

Lisa Hope, Psy.D.<br>
Page 4

- Screened newly incarcerated inmates and responded to inmates requesting Psychological Services.
- Provided case management and brief psychotherapy, when appropriate.
- Facilitated a forty-hour drug education group.
- Maintained a long-term therapy case.
- Provided counseling to HIV positive inmates.
- Responded to crisis situations.
- Attended weekly individual supervision, group supervision, and training seminars.
- Consulted and coordinated treatment with the Medical Department, Unit Team, and Custody staff.
- Developed and presented trainings to staff members.
- Provided long term and time limited therapy to adults, children, and couples, one day each week at a community clinic.

**08/97-07/98**   **Oregon State Hospital, Salem, OR**
Adult Maximum Security Wards, Forensic Unit
*Advanced Practicum*

- Co-facilitated treatment and process groups for court committed adult male offenders.
- Administered, scored, interpreted, and documented evaluations, including: Semi-Structured Interviews, Intelligence Testing, Memory Testing, Neuropsychological Screening/Testing, and Personality Testing.
- Utilized court approved interpreters when necessary.
- Provided requested reports to the Psychiatric and Securities Review Board.
- Observed and Assisted with Court Ordered Criminal Responsibility and Competency evaluations.
- Observed psychologist's court testimony.
- Attended monthly trainings.
- Consulted and coordinated treatment with an interdisciplinary team.
- Developed and presented trainings to staff members.

**09/96-08/97**   **Psychological Services Center, Portland, OR**
*Practicum*

- Provided long term and time limited individual therapy to adults from a diverse population and socio-economic background.
- Facilitated an 18-week research group that addressed binge eating, with a weight loss focus.
- Administered, scored, interpreted, and documented results of subjective, personality, and eating disorders instruments with adult clients.
- Participated weekly in peer group supervision.
- Developed and presented trainings.
- Specialty supervision groups included health psychology and assessment.

|  |  |
|---|---|
|  | **Washington County Community Corrections** |
| 05/96-08/96 | *Therapist* |
| 08/95-05/96 | *Masters level Intern* |

- Provided long term and time limited individual therapy for adult offenders on probation or parole.
- Provided individual therapy for family members and/or offender's significant others.
- Provided individual therapy for victims of assault and domestic violence.
- Facilitated support groups and life skills groups for female offenders.
- Provided crisis counseling for restraining order program.
- Consulted and coordinated treatment with an interdisciplinary team.
- Testified at probation violation hearings, as needed.
- Participated in weekly group supervision.
- Mentored entering Master's level Interns from three local graduate Counseling Psychology programs.

## Other Clinical Experience

|  |  |
|---|---|
| 01/93-09/94 | **The Christie School, Marylhurst, OR** |
|  | *Child Specialist/ Education Liaison; JCAHO Accredited* |

- Team member of a secure psychiatric assessment/evaluation program for adolescents.
- Worked with an ethnically and culturally diverse clientele group, who were also severely emotionally disturbed (SED).
- Supervised employees.
- Planned and taught one class period daily.
- Co-facilitated art therapy and general therapy group.

|  |  |
|---|---|
| 05/92-08/92 | **The Center for Drug Free Living, Orlando, FL** |
|  | *Bachelor's level Intern; Substance Abuse Counselor* |

- Provided individual and group counseling for a Youthful Offenders Diversion Program.
- Group counseling focused on recovery issues, social skills development, and drug abuse education.
- Provided family counseling when appropriate.
- Therapy and education groups focused on clients' psychosocial relations.
- Coordinated treatment with an interdisciplinary team, including interfacing with social services and the court system.

## Research

|  |  |
|---|---|
| 05/98-04/00 | **Dissertation: From the Voices of Female Offenders Addicted to Prescription Drugs** |

- Qualitative study of women on probation and their experiences regarding prescription drug addiction and the crimes they committed to support their addiction.

| 04/95-08/96 | **Lewis and Clark College, Portland, OR** |
|---|---|
| | ☐ Developed an intervention for combating prejudice in middle schools. |
| | ☐ Researched literature to design the most effective intervention. |
| | ☐ Interfaced with Portland Public School system. |

## Presentation

| 08/2010 | **118th Annual Convention of the American Psychological Association, San Diego, CA** |
|---|---|
| | Developing Competency in Conducting Suicide Risk Assessments: Pre-Doctoral Internship. |

## Program Development

| 08/95-04/97 | **Washington County Community Corrections** |
|---|---|
| | ☐ Established and developed internship program for Master's level students in a Counseling Psychology program. |
| | ☐ Coordinated program with local treatment agencies. |
| | ☐ Coordinated program with offender's court mandated treatment requirements. |
| | ☐ Researched and established appropriate faculty for supervision of incoming interns. |
| | ☐ Coordinated program with each graduate program's requirements. |
| | ☐ Tracked programs success and implemented changes as necessary. |

## Awards & Honors

| | |
|---|---|
| September 2012 | Time Off Award |
| May 2012 | Time Off Award |
| May 2011 | Time Off Award |
| September 2010 | Time Off Award |
| June 2009 | Time Off Award |
| May 2008 | Time Off Award |
| October 2007 | Employee of the Month |
| May 2007 | Sustained Superior Performance |
| June 2006 | Quality Step Increase |
| May 2005 | Time off Award |
| July 2004 | Time Off Award |
| May 2004 | Time Off Award |
| January 2004 | Time Off Award |
| July 2003 | Sustained Superior Performance |
| June 2002 | Quality Step Increase |
| May 2002 | Time Off Award, MDC Brooklyn |
| June 2001 | Special Act Award, MDC Brooklyn |
| May 2001 | Time Off Award, MDC Brooklyn |
| February 2001 | Academic Honors, Glynco, GA |
| April 2000 | Time Off Award, MDC Los Angeles |

## Specialized Training/Continuing Education

Clinical Supervision Foundations self study.
"Recognizing and Responding to Suicide Risk: Essential Skills for Clinicians." Presented by
    M. David Rudd, Ph.D.
"Forensic and Correctional Applications of the Personality Assessment Inventory." Presented by
    John F. Edens, Ph.D.
"Current Controversies in the Assessment of Psychopathy." Presented by John F. Edens, Ph.D.
"Excusing and the New Excuses." Presented by Stephen J. Morse, J.D., Ph.D., ABPP
"Stalking: The State of the Science." Presented by Reid Meloy, Ph.D., ABPP
"Effective and Ethical Expert Testimony." Presented by Joel Dvoskin, Ph.D., ABPP
"Practicum and Internship Training in Psychology Services." Presented by Phil Magaletta, Ph.D.
"Long Term Strategies for Suicide Prevention." Presented by Alison Leukefeld, Ph.D.
"Differential Diagnosis." Presented by Andy Simcox, Ph.D.
"Suicide Prevention in Segregation Units." Presented by Chad Brinkley, Ph.D.
"Treatment of Borderline Personality Disorder." Presented by Alison Leukefeld, Ph.D.
"Treating the Seriously Mentally Ill Offender." Presented by Ashley Noble, Ph.D.
"Behavioral Management of Axis II Inmates." Presented by Will Bickert, Ph.D. and Chad Lohman, Ph.D.
The 118th Annual Convention of the American Psychological Association. San Diego, CA.
    Multiple Presenters
"Clinical Applications of the Advanced Clinical Solutions for WAIS-IV/WMS-IV."
    Presented by James A. Holdnack, Ph.D.
Update to "Clinical Supervision: A Competency Based Approach." Presented by Karen Falender, Ph.D.
"Ethics in Forensic Practice." Presented by Gerry Koocher, Ph.D.
"The Defendant: Impact of Mental Disability in the Criminal Law Process."
    Presented by Michael Perlin, J.D.
"Expert Testimony and Report Writing." Presented by Randy Otto, Ph.D., ABPP
"Malingering and Forensic Practice: Conceptual Issues and Clinical Methods."
    Presented by Richard Rogers, Ph.D., ABPP
"Interrogations and Disputed Confessions." Presented by Gregory DeClue, Ph.D., ABPP
"In Harm's Way." Law Enforcement Suicide Prevention Conference. Multiple presenters.
"Suicide Prevention: Basics and Beyond." Federal Bureau of Prisons Central Office Psychology Staff.
"Pedophilia, Paraphilia's and the Online Offender." Presented by Peter I. Collins, M.D.
"Suicide Risk Management of Sexual Offenders." Multiple presenters.
"Law and Ethics: Risk Management in Clinical Practice." Presented by Ellen Stein, Ph.D.
"Clinical Supervision: A Competency Based Approach." Presented by Karen Falender, Ph.D.
"Sex Offender Civil Commitment Evaluations." Presented by Dennis Doren, Ph.D. and
    Anna Salter, Ph.D.
"The Expert, Expert Witness." Presented by Stanley Brodsky, Ph.D.
"Essential Issues in Psychology Supervision." Presented by Rodney Goodyear, Ph.D.
"Legal and Ethical Considerations: Best Practices." Presented by Pamela Harmell, Ph.D.
Aging and Long Term Care. Independent Study Program.
"Homicide: Behaviors, Motives, and Psychology." Presented by Phillip Resnick, M.D.,
    Donald Dutton, Ph.D., Roy Hazelwood (FBI, Ret.), and Reid Meloy, Ph.D., ABPP

Lisa Hope, Psy.D.<br>Page 8

"Spousal/ Partner Abuse Assessment, Detection, and Intervention." Presented by Kinsfogel, Ph.D.
"Professional Ethics and Psychotherapy Stereotypes in Movies." Presented by Liles, Ph.D.
"Developing and Enhancing Yourself as a Supervisor." Presented by David Fox, Ph.D.
"Assessing Psychopathy and Violence Risk in Adults with the PCL-R (2nd Edition)."
    Presented by Robert Hare, Ph.D. and Anna Salter, Ph.D.
"Assessing-Managing Violence Risk with the HCR-20." Presented by Kevin Douglas, Ph.D.
Mandated Reporting of Suspected Child Abuse: Ethics, Law, and Policy. Independent Study Program.
 "Advanced Topics in Criminal Forensic Psychology." Presented by David Shapiro, Ph.D.
"Syndrome Testimony: Science or Fiction?" Presented by David Shapiro, Ph.D. and
    Lenore Walker, Ph.D.
Introduction to Correctional Techniques. Glynco, GA. Multiple Trainers.
Diversity Management Training T-4-T. Multiple Presenters. Aurora, CO.
"Diagnosis and Treatment of Alzheimer's Disease." Presented by Marshall Keilson, MD
Assessing and Treating Personality Disorders. Presented by Theodore Millon, Ph.D,
    Reid Meloy, Ph.D., Alex Caldwell, Ph.D., and Philip Erdberg, Ph.D.
The 106th Annual Convention of the American Psychological Association. San Francisco, CA.
    Multiple Presenters
"Using the Weschler Adult Intelligence Scale - III and the Weschler Memory Scale- III."
    Presented by Charles Williams, Ed.D.
"Cognitive Impairment in Schizophrenia." Presented by Michael Green, Ph.D.
"Chronic Illness and Associated Anxiety Disorders." Presented by Alan Schatzberg, MD.
"OCD in Children and Adolescents." Presented by James Hancey, MD
"Couples Therapy." Presented by Don Milhalow, Ph.D.
"A Feminist Therapy Workshop." Presented by Laura Brown, Ph.D.
"Mindfulness Meditation." Presented by Dr. R. Beatty
"Serotonin in Psychiatry: Theory to Practice." Presented by Legacy Health System.
American Board of Parole and Probation Annual Conference, Portland, OR.
"Bipolar Affective Disorder: An Overview of Manic Depression Illness."
    Presented by Legacy Health System.
Batterer Specific Training, World Trade Center, Portland, OR. Presented by the
    Men's Resource Center.
"Understanding Defense Mechanisms in Managing Personality Disorders."
    Presented by George E. Vaillant, MD
The Fourth Annual Domestic and Sexual Violence Institute, Portland, OR.